IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FRANCIS DURDEN, | 1:11-cv-01019-AWI-GBC (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee. Plaintiff has filed numerous pleadings that appear to be related to him wanting to file an application for in forma pauperis status. (ECF Nos. 13, 19, & 25.) Plaintiff has even filed two copies of his prisoner trust fund account statement. (ECF Nos. 23 & 24.) However, Plaintiff has not filed an actual application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.

//

///

1  **No further requests for extension will be granted without a showing of good cause**.
2  **Failure to comply with this Order will result in dismissal of this action.**

4  IT IS SO ORDERED.

Dated:     October 10, 2011

UNITED STATES MAGISTRATE JUDGE